IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY BANKSTON, JR.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the registered holders of Morgan Stanley ABS Capital I Trust 2005HE1 and Mortgage Pass-Through Certificates Series 2005HE1, and SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:14-cv-1687-TCB |

## **O R D E R**

This case comes before the Court on Plaintiff's motion for temporary restraining order ("TRO") [2]. On January 2, 2014, Plaintiff filed his verified complaint and motion for TRO in the Superior Court of Fulton County, seeking to enjoin Defendants from proceeding with a foreclosure sale that was scheduled for January 7. The foreclosure sale was thereafter cancelled, and since that time, neither party has brought to the Court's

attention any efforts by Defendants to move forward with a non-judicial foreclosure sale. Therefore, the Court will deny Plaintiff's motion as moot. Nothing in this order precludes Plaintiff from filing a new motion in the event circumstances change.

For the foregoing reasons, Plaintiff's motion for temporary restraining order [2] is DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of September, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge