IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TIMOTHY BANKSTON, JR.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY et al.,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-1687-TCB |

## NOTICE OF WITHDRAWAL OF MATTHEW W. HERRINGTON

Plaintiffs, by and through the undersigned counsel, hereby notify the Court and counsel for Defendants that Matthew W. Herrington will no longer be associated with Smith, Collins & Fletcher, P.A. as of November 2, 2014, and hereby withdraws from representing Plaintiff in this action. Plaintiff's remaining counsel will continue to represent Plaintiff as before.

This 31st day of October 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Herrington*<br>Matthew W. Herrington<br>Georgia Bar No. 275411<br>SMITH, COLLINS & FLETCHER, P.A. | */s/ W. Anthony Collins, Jr.*<br>W. Anthony Collins, Jr.<br>Georgia Bar No. 141712<br>SMITH, COLLINS & FLETCHER, P.A. |

8565 Dunwoody Place  
Building 15, Suite B  
Atlanta, Georgia 30350  
Phone: (678) 245-6785  
Fax: (888) 413-3031π  
*matthew@smithcollinsllc.com*

*Attorney for Plaintiffs*

8565 Dunwoody Place  
Building 15, Suite B  
Atlanta, Georgia 30350  
Phone: (678) 245-6785  
Fax: (888) 413-3031  
*Anthony@SCandF.com*

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TIMOTHY BANKSTON, JR.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY et al.,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-1687-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served copies of the foregoing by filing same with the Court via CM/ECF, which will automatically deliver copies to all counsel of record.

Dated: October 31, 2014

> */s/ Matthew W. Herrington*
> Matthew W. Herrington
> Georgia Bar No. 275411